**C. T. JAFFRAY et al., Appellants, v. UNITED STATES of America.**

**No. 11978.**

Circuit Court of Appeals, Eighth Circuit.

April 1, 1941.

J. B. Faegre and Hayner N. Larson, both of Minneapolis, Minn., for appellants.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this court, on stipulation of parties.

**Robert KELLY v. A. C. ADERHOLD, Warden, United States Penitentiary Annex, Fort Leavenworth, Kansas.**

**No. 2279.**

Circuit Court of Appeals, Tenth Circuit.

May 9, 1941.

Thomas Raber Taylor, of Denver, Colo., for appellant.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed May 1, 1941, on appellee's motion.

**George C. MILLER, Bankrupt, Appellant, v. D. W. BATES, Receiver of the Farmers & Merchants Saving Bank.**

**No. 11869.**

Circuit Court of Appeals, Eighth Circuit.

April 14, 1941.

Elmer L. Hunt, of Creston, Iowa, for appellant.

Kenneth H. Davenport, of Creston, Iowa, for appellee.

PER CURIAM.

Petition for appeal from order of District Court dismissed at costs of petitioner.

**MISSISSIPPI GLASS COMPANY, Appellant, v. Carroll P. POLAND.**

**No. 11988.**

Circuit Court of Appeals, Eighth Circuit.

April 25, 1941.

S. Mayner Wallace, Thomas M. Pierce, A. M. Menzi, and Ralph B. Graham, Jr., all of St. Louis, Mo., for appellant.

Clifford Greve and Claude P. Berry, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this court.